[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED

FEB 13 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Larry Oruta
Plaintiff

v.

1 Broadmansor, (2) Hart Holdings
c/o Sedgwick Cms, (3) Continental
Defendant Air Transport
4 Central Plaza Home,
5. 13. E. W

17-cv-01165
Judge John Robert Blakey
Magistrate Judge Michael T. Mason

REMOVAL NOTICE FROM STATE COURT OF ILLINOIS TO UNITED STATES DISTRICT COURT OF NORTHERN EASTERN OF ILLINOIS PURSUANT TITLE 28 USC 1441(a) b, E AND 1443(2) UNDER US CONSTITUTIONA RIGHTS VIOLATION PURSUANT TITLE 2 USC 71331) ART. III. PLAINTIFF HAVING BEEN DENIED EQUAL PROTECT GRANTED IN THE 14H AMENDMENT ON DUE PROCESS OF LAW, FROM CASE 16L 664355 PENDING AT ILL COURT FOR 5 YEARS WITHOUT RELIEF.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED 2017 FEB -7 PM 5:43 CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Larry Oruta

____________________________,

**Plaintiff(s),**

**vs.**

Brown USA, Hartford inc Co, Sedgwick cms
B.E.W, Central Plaza Home
Continental Air Transportation INC.

**Defendant(s).**

**Case No.**

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

***This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.***

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Larry Oruta.

***If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.***

4. Defendant, Hon. Maddox Judge White Judge R. Gordon, is
(name, badge number if known)

☒ an officer or official employed by State of Illinois;
(department or agency of government)

or

☐ an individual not employed by a governmental entity.

***If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.***

5. The municipality, township or county under whose authority defendant officer or official acted is judicial capacity. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about 12-3-13, at approximately 10:30 ☒ a.m. ☐ p.m.
(month,day, year)
plaintiff was present in the municipality (or unincorporated area) of Courtroom 2503, 2005, in the County of Cook, State of Illinois, at Chicago, IL.
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows ***(Place X in each box that applies)***:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☒ failed to provide plaintiff with needed medical care;
☒ conspired together to violate one or more of plaintiff's civil rights;
☒ Other:
Hon. R. Gordon denied a stay upon filed appeal on 12-4-12, 12-12-12

______________________________________________.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (***Leave blank if no custom or policy is alleged***):______________________________

______________________________________________

______________________________________________

______________________________________________.

8. Plaintiff was charged with one or more crimes, specifically:

Plaintiff was falsely accused and arrested but ~~not charged~~ later false charg of ILWC garnishment were dismissed due to lack of probable cause.

______________________________________________

9. (***Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"***) The criminal proceedings

☐ are still pending.

☒ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows______________________________

______________________________________________.

☒ Other: Hon. R. Gordon wants to reinstate false accusation on case 40L004855, again on grounds of race.

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

10. Plaintiff further alleges as follows: ***(Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.)***

Plaintiff Larry Oruta asserts That allegations of fraud in Case 10L004355 and Case 11L008803 by defense Counsel Continental Air Transport Inc, Bosworth USA were dismissed without probable cause on 4-24-13 by ~~Ex~~-judge Hon W. Madday. But was harmed ~~irreparably~~ irreparably from an unlawful arrest of on 4-3-13 at Cook County jail for 20 days. Until now, the Cook County Trial Court and appellate Court have continue to deny relief from final judgments granted on both cases 10L004355 and 11L008803 and made Threatened with Contempt of Court wrongfully.

11. Defendant acted knowingly, intentionally, willfully and maliciously. Yes.

12. As a result of defendant's conduct, plaintiff was injured as follows:

The plaintiff was severely injured at Cook County jail and denied medical Care after exposure to asbestos chemical at a Condemned Dt Complex. Now needs Continued Care without insurance for care.

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ ***(Place X in box if you are seeking punitive damages.)*** Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: L Orutn

Plaintiff's name ***(print clearly or type)***: Larry Oruta

Plaintiff's mailing address: 807 Lindenwood Dr.

City South Bend State IND ZIP 46637

Plaintiff's telephone number: (574) 386-5705.

Plaintiff's email address ***(if you prefer to be contacted by email)***: ____________

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

***If yes, please list the cases below.*** civil right case 08cv1518 and 05cv1170 against defendant Continental Air and Central Plaza.

***Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.***

Plaintiff Larry Orulu asserts in case # 05 CV 1170 defense counsel wrongfully asserted no documents existed to said cause of increased wages to the Court on 8-6-06. Yet produced same documents at ILWC trial where Central Plaza was non-party on 8-16-10. This adversely affected trial for ILWC benefits against plaintiff Larry Orulu against B.E.v whose defense counsel produced documents during trial. Yet these documents were declared non-existing to the Court on 8-6-06. Thus plaintiff filed this complaint on case # 10 L 004355 against Central Plaza, now seeking relief from a declaratory judgment against all defendants.

* note plaintiff also asserts case # 08 CV 1518 was settled in open Court on Larry Orulu vs Continental on 3-20-09 but later settlement revoked on 12-4-12 when def. Continental filed a new action at Cook County on fraud charges against plaintiff.

respectfully submitted,
Larry Orulu

Case: 1:17-cv-01165 Document #: 1 Filed: 02/13/17 Page 8 of 12 PageID #:8

**No wonder the judges and cops will break any law to help the banks.**

**The Wall Street Journal**

**Massachusetts High Court Ruling Focuses On Foreclosure Paperwork**

Please Note Charlie said the postage ... upper ... also ... pensions were so vested in real estate mortgages, both US and foreign, the pension fund is going down almost twice as fast as the rest of us.

MOST ORIGINAL MORTGAGE LIENS INVALID

**by Neil Garfield**

They are backed in a corner and must either rip us off or go broke. The attached documents just scratch the surface of what we need to discover. Once we can verify the judge is writing orders in violation of state law AND protects his investment, we have sufficient grounds for Qui Tam, Whistle blower, RICO and HOBBS on the judges.~

**Modern Money Mechanics** pdf 2.30 MB

**Mortgage Fraud - Newbie Explanation**

**Books on Banking** web site (requires password)

http://mortgagefraud.me/about/the-mortgage-fraud-process

**William J Horner & Associates** Forensic Exams

Here are some websites that correspond to the attachments

Consus Group Master Servicing & Pooling Group web site

http://www.maricopa.gov/Internal_audit/PubDocuments/FY2009/FinconFY09.pdf

http://cafr1.com

https://www.azasrs.gov/web/Investments.do

https://www.azasrs.gov/content/pdf/financials/20091218_REI_Report.pdf

PDF Nation Wide List of "Lawyers who get it" from Neil Garfields Living Lies web site

http://www.psprs.com/Admin_Investments_and_Finance/cato_financial_volitility.htm

**William K. Black: Associate Professor of Economics and Law University of Missouri-Kansas City**

PRIVATE EQUITY ASSET CLASS REVIEW DEC. 18, 2009 PDF

**RETIREMENT SYSTEM FISCAL YEAR END REPORT AS OF JUN 30, 2009** POWERPOINT PRESENTATION

**REAL ESTATE ASSET CLASS REVIEW DEC 18, 2009** PDF

**SUMMARY REPORT JUN 30, 2009** POWERPOINT PRESENTATION

**TRUST PERFORMANCE AS OF AUG. 31, 2010 (GROSS OF FEES) FINAL RETURNS** PDF

- **Robb Ryder** | More info

TO UNITED ASTATES DISTRICT COURT OF NORTHERN EASTERN ILLINOIS

Larry Oruta ) US District court

Plaintiff ) case# ____________________

VS ) Hon__________________________

Continental Air Transport Inc. ) Judge Presiding

B.E.W ) 2-7-17

Hartford Ins. C\O Sedgwick CMS )

Central Plaza Home & Hotel Corp.)

BIOMAT USA )

Defendants )

NOTICE OF REMOVAL FROM STATE OF ILLLINOIS TO UNITED STATES DISTRICT COURT PURSUANT TITLE 28 USC (1441)(a)(b)(c) AND 1443(2) US CONSTITUTIONAL RIGHTS VIOLATION PURSUANT TITLE 28USC(1331) ART. 111.AND PALINTIFF HAVING DENIED EQUAL PROTECTION GRANTED IN THE 14th AMENDMENT UNDER DUE PROCESS OF LAW. FROM CASE# 10L4355 PENDING AT ILL. APPELLATE COURT FOR 5 YEARS WITHOUT RELIEF.

TO UNITED STATES DISTRICT COURT OF NORTHERN EASTERN ILLINOIS

TABLE OF CONTENTS:

I Introduction

II federal Constitutional jurisdiction

III Points and authorities

IV Statements of facts

V Arguments

VI Conclusion

TO THE UNITED STATES DISTRICT COURT OF NORTHERN EASTERN ILLINOIS

I Introduction:

Now comes plaintiff Larry Oruta asserting violation of constitutional rights and civil Rights granted under the 14th amendment of due process and equal protection, which Constitutes state violated constitution under the color of state law by intentional grounds on race

II Constitutional jurisdiction :

Title 28 USC (1331)(a) grants the US district court original jurisdiction under art.III To adjudicate such denied state action where court misconduct has occurs under state Color of law by state official obstructs statutory rights due to judicial racial bias.

III Points and authorities:

Plaintiff was granted final judgment by the state court on 1-23-12 but the state trial court Stayed judgment on grounds of fraudulent allegations by court officials in order to criminalize A civil case in which relief was already granted by post trial court.

1 Government of employers ins. Conc. VS Summon C n-8(MO) 1980 917F.2d 1144 allowed Allowed removal.

2 state authority have no power directly withhold conditions unfettered rights to exercise of A stature of removal.

3 Fresquez VS Fansworth Schumber CA 38,F.2d 70 (1956) allowed removal.

IV statement of facts:

1 Plaintiff was granted final judgment by the post-trial state court on 1-23-12.

2 State court intentionally stayed a final judgment on false allegations of different Court case under ILWC previously litigated for a settlement on case 08CV1518 Whereby the state court accused plaintiff of fraud charges which later dismissed. But the state court continuous to deny relief on grounds of state color of law.

3The state court now alleges no final judgment and has threated me with contempt Of court several times in order to deny any relief.

V Arguments :

Plaintiff asserts judicial bias based on race by state officials who have compromised by Defense counsel which occurred on 12-4-12 when a state official influenced ex-judge Hon W. Maddux who was later removed from the bench on 13-130-13. Thus plaintiff Is being blamed for the disqualifications, yet he allowed the post-trial proceedings for collection. Therefore, under title 28USC (1441(a)(b(c) and title 28 USC ( 1331)a) the US district court is Is vested with judicial tribunal when there is state court misconduct and allows removal Complaint. Case law Fresquez VS Fansworth cited above.

VI Conclusion :

Plaintiff asserts that the US district court has jurisdiction to grant this removal under title 28USC(1441)(a(b ) and title 28USC(1331)(a) under art. III under constitutional mandate For original jurisdiction., thus removal action is proper for case # 10L43355 pending at state Court after final determination of litigations, thus adjudication be granted under Declaratory judgment.

Respectfully submitted

Larry Oruta.